UNITED STATES BANKRUPTCY COURT
District of Connecticut

Deborah S. Hunt  
Clerk, U.S. Bankruptcy Court

915 Lafayette Boulevard  
Bridgeport, CT 06604

In re:  
David Norkin

Case Number: 97-50043

    Debtor

Freima Norkin  
    Plaintiff  
v  
David Norkin  
    Defendant

Adversary No: 02-5053

## ORDER OF DISMISSAL

A notice of proposed dismissal of the above captioned proceeding having been given to counsel of record pursuant to District Court Local Rule 16 and Local Bankruptcy Rule 7041-1; and, no action having been taken or satisfactory explanation having been giving in accordance with that notice,

IT IS ORDERED that this proceeding is hereby dismissed.

Dated at Bridgeport, Connecticut this 5th day of May 2004.

BY THE COURT

Alan H. W. Shiff  
U. S. Bankruptcy Court